## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KEMONTA D. BISHOP**                                                      **PLAINTIFF**

**v.**                            **CASE NO. 4:20-CV-01179-BSM**

**KORTNEY KELLY**                                                          **DEFENDANT**

### ORDER

After careful review of the record, United States Magistrate Judge Patricia Harris's

proposed findings and recommendations [Doc. No. 4] are adopted.  Kemonta Bishop's

complaint is dismissed without prejudice because it fails to state a claim upon which relief

can be granted.  Pursuant to 28 U.S.C. § 1915(a)(3), it is certified that an *in forma pauperis*

appeal would not be taken in good faith.

IT IS SO ORDERED, this 2nd day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE