IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEMONTA D. BISHOP**                                                                 **PLAINTIFF**

v.                           **CASE NO. 4:20-CV-01179-BSM**

**KORTNEY KELLY**                                                                   **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 2nd day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE